UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY LARESE,

    Plaintiff,

v.

Case No. 8:17-cv-130-T-26TBM

PASCO COUNTY SHERIFF'S OFFICE, and
SHERIFF CHRIS NOCCO

    Defendants.

## NOTICE OF REMOVAL

To:    The Honorable Judges of the United States District Court
       For the Middle District of Florida

The Defendants, PASCO COUNTY SHERIFF'S OFFICE, and SHERIFF CHRIS NOCCO ("Defendants"), by and through their undersigned counsel, file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and state the following facts and law in support of removal of this action:

## GROUNDS FOR REMOVAL

1. This is a notice of removal of an action filed by Timothy Larese ("Plaintiff" or "Larese") in the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida, Case No. 2016-CA-002841-CAAXES on or about December 19, 2016 (the "State Court Action") against the Pasco County Sheriff's Office and Sheriff Chris Nocco. Copies of all pleadings, exhibits and service filed to date in the State Court Action are attached hereto as composite Exhibit 1 and are incorporated herein by reference.

2. Plaintiff's Complaint alleges causes of action under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 *et seq.* and the Florida Civil Rights Act, Chapter 760 *Florida Statutes.*

3. Pursuant to 28 U.S.C. § 1331, the district courts have original jurisdiction over all civil actions arising under the laws of the United States. Federal question jurisdiction is apparent on the face of Plaintiff's Complaint as the Plaintiff clearly seeks relief based on his claim under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 *et seq.*

4. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law claim as well, as both his state and federal claims form part of the same case or controversy under Article III of the United States Constitution.

5. This Notice of Removal is filed within thirty days after Defendants were served with a summons and copy of Plaintiff's Complaint on December 19, 2016. A copy of this Notice of Removal has been filed with the state court.

6. In accordance with 28 U.S.C. § 1446(d), the Defendants are providing written notice of the Notice of Removal to the Plaintiff and are filing a copy of this Notice with the Clerk of the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida. See Exhibit 2.

7. WHEREFORE, the Defendants request that the above action now pending against them in the Circuit Court of the Sixth Judicial Circuit of Florida in and for Pasco County, Florida be removed to this Court.

Dated this 18th day of January, 2016.   Respectfully submitted,

/s/ Carly Wilson
DAVID J. STEFANY
Florida Bar No. 0438995
MATTHEW STEFANY
Florida Bar No. 98790
CARLY WILSON
Florida Bar No. 118005
*Counsel for Defendants*
**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail: dstefany@anblaw.com
mstefany@anblaw.com
cwilson@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2017, a copy of this Notice of Removal was mailed to Bradley Tobin, Esquire of the Tobin Law Group at 4830 W. Kennedy Blvd., #600, Tampa, FL 33609 and also sent via e-mail to btobin@tobinlawgroup.com.

/s/ Carly Wilson
ATTORNEY

SPDN-868764429-1992868

3
ALLEN NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION